MARIA A. DEL RIO, Deceased, Respondent, for an Order Granting Leave to Said Executor to Compromise and Settle the Plaintiff's Claim in the Action of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., Plaintiff, v. HERIBERTO LOBO and Others, Defendants. SECURITY TRUST COMPANY OF STROUDSBURG, Pa., as Guardian, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY GAMMANS, Appellant, v. NELSON GAMMANS, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PSAKI & Co., INC., Respondent, v. FRANCISCO DE LAS PENAS RODRIGUEZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY DODDS, Respondent, v. ELIZABETH McCOLGAN, as Executrix, etc., of JOHN McCOLGAN, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

H. B. LEVINE Co., INC., Appellant, v. LARRY J. MARGULIES, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ERNEST TRIBELHORN, Respondent, v. J. K. ESTATE REALTY CORPORATION, Appellant. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ERNEST TRIBELHORN, Respondent, v. J. K. ESTATE REALTY CORPORATION, Appellant. (Appeal No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY V. BRITTON, Respondent, v. SEABOARD OIL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE B. READ, Appellant, v. FRANCES ADELE CITRON, Also Known as FRANCES ADELE CARNOCHAN, Respondent.— Order modified as stated in order and as so modified affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, Respondent, v. JAMES D. CLIFFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —. Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRED J. WAGNER TIRE AND RUBBER Co., INC., Appellant, v. DAYTON RUBBER MANUFACTURING COMPANY, Defendant. DAYTON RUBBER MANUFACTURING COMPANY OF DELAWARE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.